UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAMIEN LEE DAVIS,<br><br>             Petitioner,<br><br>     v.<br><br>RON BARNS, Acting Warden,<br><br>             Respondent. | No.  1:15-cv-01869-LJO-SKO<br><br>**ORDER DENYING PETITIONER'S MOTION FOR DEFAULT JUDGMENT**<br><br>**(Doc. 17)** |

Petitioner moves the Court to grant him default judgment based on Respondent's failure to file a timely answer.

On March 21, 2016, Respondent filed a timely answer in this Court and included a certificate of service attesting that a copy of the answer had been mailed to Petitioner.  Doc. 15. Accordingly, the motion for default judgement is DENIED.

IT IS SO ORDERED.

Dated:   **March 29, 2016**                             /s/ Sheila K. Oberto
                                                                         UNITED STATES MAGISTRATE JUDGE

1