UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAMIEN LEE DAVIS,<br><br>　　　　　　　Petitioner,<br><br>v.<br><br>RON BARNS, Acting Warden,<br><br>　　　　　　　Respondent. | CASE NO. 1:15-cv-01869-LJO-SKO  HC<br><br>ORDER DIRECTING CLERK OF COURT TO AMEND CAPTION |

　　　Pursuant to F.R.Civ.P. 25(d), when a public party in an official capacity dies, resigns, or otherwise ceases to hold office while the action is pending, the officer's successor is automatically substituted as a party. In the above-captioned case, Marion Spearman has been named warden of High Desert State Prison, Susanville, California, replacing Acting Warden Ron Barns.

　　　Accordingly, the Court hereby ORDERS the Clerk of Court to amend the caption in this matter to reflect the name of Marion Spearman, Warden, High Desert State Prison, as Respondent.

IT IS SO ORDERED.

Dated: __**April 14, 2016**__　　　　　　　　　　__/s/ Sheila K. Oberto__
　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1