# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAMIEN LEE DAVIS,<br><br>　　　　　　Petitioner,<br><br>　v.<br><br>MARION SPEARMAN, WARDEN,<br><br>　　　　　　Respondent. | CASE NO. 1:15-cv-01869-LJO-SKO  HC<br><br>ORDER GRANTING PETITIONER<br>A 31-DAY EXTENSION OF TIME<br><br>(Doc. 24) |

　　　On May 9, 2016, Petitioner mailed a motion in which he moved for a 31-day extension of time to file a reply (traverse) to the answer in the above-captioned case. Petitioner states that his access to the law library has been insufficient to allow him to complete his traverse.

　　　Good cause having been shown, the Court hereby ORDERS that the time for Petitioner to file his reply (traverse) in the above-captioned case shall be extended for 31 days to June 15, 2016. No further extensions of time shall be granted.

IT IS SO ORDERED.

Dated:　**May 17, 2016**　　　　　　　　　　　　/s/ *Sheila K. Oberto*
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1